Eastern District of Kentucky
**F I L E D**

FEB 13 2020

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD L. STARGHILL, II,
aka Richard Starghill

    Defendant.

CRIMINAL NO. 7:19-CR-05-KKC

**VERDICT FORM**

\*\*\* \*\*\* \*\*\*

We, the jury, find the defendant, Richard L. Starghill, II, aka Richard Starghill, as to the crimes charged in the Indictment:

**COUNT ONE:**   GUILTY __12__   NOT GUILTY_____

**COUNT TWO:**   GUILTY __12__   NOT GUILTY_____

__2/13/2020__
DATE

__202__
FOREPERSON