UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD L. STARGHILL, II, <br><br> Defendant. | NO. 7:19-CR-5-KKC-EBA-1 <br><br><br> **JUDGMENT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Starghill's motion to vacate (DE 150) under 28 U.S.C. § 2255 is DENIED;

2) A Certificate of Appealability will not be issued, Starghill having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2);

3) This judgment is FINAL and APPEALABLE; and

4) This matter is DISMISSED with prejudice and STRICKEN from the Court's active docket.

This 8th day of November, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY